IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA REGAOLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SAVE-A-LOT and MORAN FOODS, LLC | : | NO. 13-5786 |

# **ORDER**

     AND NOW, this 14th day of August 2014, after consideration of Defendants' motion for summary judgment (Doc. 24), and Plaintiff's response (Doc. 25), and for the reasons explained in the accompanying Memorandum, it is HEREBY ORDERED that the motion is GRANTED and JUDGMENT IS ENTERED in favor of Defendants Save-A-Lot and Moran Foods, LLLC and against Plaintiff Donna Regaolo.

                              BY THE COURT:

                              /s/ELIZABETH T. HEY

                              _____
                              ELIZABETH T. HEY, M.J.